UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re. | No. C 12-4696 SI (pr) |
| TERRY DeWAYNE LEE, | **ORDER OF TRANSFER** |
| Petitioner. | |

Terry DeWayne Lee, an inmate at the California Correctional Institution in Tehachapi, California, has filed a petition for writ of habeas corpus to challenge the execution of his sentence that was imposed upon his 1998 conviction in Orange County Superior Court. The prison at which Lee is incarcerated is in Kern County, within the venue of the Eastern District of California. Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because Lee is now confined in the Eastern District of California and challenging the execution of his sentence, pursuant to 28 U.S.C. § 1404(a) and Habeas L.R. 2254-3(b), and in the interests of justice, this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter forthwith.

IT IS SO ORDERED.

DATED: September 12, 2012

SUSAN ILLSTON
United States District Judge