# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TERRY DEWAYNE LEE, | ) | No. SACV 13-13-R(CW) |
| Petitioner, | ) ) | JUDGMENT |
| v. | ) ) | |
| M.D. BITER, Warden, | ) ) | |
| Respondent. | ) ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: September 12, 2013

_____
MANUEL L. REAL
United States District Judge